THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON, CANNON, GORMLEY
& DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
email: tdillard@rocgd.com
Attorney for Defendants
McNabb, Embrey and Oliveri

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

FREDERICK MARC COOLEY,

    Plaintiff,

vs.

R. McNABB, P#8399; B. EMBREY,
P#8644; F. OLIVERI, P#8272;
R. CERA, P#9242; M. MURPHY P#4449
ROBERT E. WRIGHT; TOM OLSON;
JACKSON P#2879; JOHN DOE

    Defendants.

CASE NO.:   2:07CV0509-KJD-RJJ

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff FREDERICK MARC COOLEY's causes of action be dismissed with prejudice as to Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, B. EMBREY, R. McNABB and F. OLIVERI and all parties are to bear their own costs and attorneys fees.

///

///

DATED this 22 day of October, 2010.

OLSON, CANNON, GORMLEY
& DESRUISSEAUX

_____
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant
B. Embrey

_____
FREDERICK MARC COOLEY
3603 N. Las Vegas Blvd., Ste. 116
Las Vegas, Nevada 89115
Plaintiff in Proper Person

## ORDER

IT IS SO ORDERED that this case, be dismissed with prejudice as to Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, B. EMBREY, R. McNABB and F. OLIVERI, and all parties are to bear their own costs and attorneys fees.

DATED this 27 day of October, 2010.

_____
**HONORABLE UNITED STATES
DISTRICT COURT JUDGE DAWSON**